NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000380
25-FEB-2020
08:36 AM

NO. CAAP-19-0000380

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HENRY MYRICK DANIELS, Appellant-Appellant, v.
CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAI'I,
and SUN OK PARK, Appellees-Appellees,

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-AP NO. 18-1-0001)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) On May 10, 2019, self-represented Appellant-Appellant Henry Myrick Daniels (Daniels) filed the notice of appeal;

(2) On July 3, 2019, the family court clerk filed the record on appeal;

(3) On July 5, 2019, the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before July 15, 2019, and August 12, 2019, respectively;

(4) Daniels did not file either document or request an extension of time;

(5) On September 4, 2019, the appellate clerk notified Daniels that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on September 16, 2019, for appropriate action,

which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Daniels may request relief from default by motion; and

(6) Daniels took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 25, 2020.


Chief Judge


Associate Judge


Associate Judge